92 P.3d 490

# SUPREME COURT OF HAWAI'I

State v. Jones.................................... 25283    06/21/2004    Vacated & remanded